UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

**Amended Clerk's Minutes**

23cv66 WJ/JFR

*El Hamdani v. University of New Mexico and Burd*

Wednesday, February 14, 2024, at 10:30 a.m.

| | |
|---|---|
| **Plaintiff's Attorneys Present:** | Chelsea Gabrielle Glover |
| | Christina Jump |
| **Defendants' Attorney Present:** | Eric Rodriguez |

**TYPE OF PROCEEDING:**   Status Conference
                           Total Time – 6 minutes

**COURT'S NOTES/RULINGS:**

- The Court held a status conference to discuss the pending *Joint Motion to Continue Settlement Conference and Extend Certain Case Management Deadlines* (Doc. 46) with the parties.

- The Court asked the parties to outline what discovery remains outstanding.

- Plaintiff and Defendants provided the Court on the status of discovery and discessed what remaining discovery they intend to engage in.

- The Court informed the parties that their Motion is well-taken and supported by good cause, and it will grant the Motion and extend the case management deadlines as requested. The Court will also reset the settlement conference to Friday, April 19, 2024, by separate order.

- There being nothing further, the Court concluded the status conference.